1  Name            _____
2  Bar #           _____
   Firm            _____
3  Address         _____
4                  _____
5                  _____
   Telephone       _____
6

7              IN THE UNITED STATES DISTRICT COURT

8                  FOR THE DISTRICT OF ARIZONA

9

10
                                           )   **Case No.**
11        Plaintiff,                        )
                                           )        **Disclosure Statement**
12        vs.                               )
                                           )
13                                          )
                                           )
14        Defendant.                        )
                                           )
15  _____
    This                    Disclosure Statement is filed on behalf of _____
16  _____ in compliance with the provisions of (*check one*):

17
18      Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or
        a nongovernmental corporation that seeks to intervene in an action in a district
19      court must file a statement that identifies any parent corporation and any publicly
        held corporation that owns 10% or more of its stock or states that there is
20      no such corporation.
21      Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction
22      is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must,
        unless the court orders otherwise, file a disclosure statement. The statement
23      must name and identify the citizenship of every individual or entity whose
24      citizenship is attributed to that party or intervenor when the action is filed in or
25      removed to federal court, and when any later event occurs that could affect the
        court's jurisdiction under § 1332(a).
26      Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental
27      corporate party to a proceeding in a district court must file a statement that
        identifies any parent corporation and any publicly held corporation that owns
28      10% or more of its stock or states that there is no such corporation.

Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

No such corporation.

Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)

_____ Relationship_____

Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)

_____ Relationship_____

Other(please explain):

_____

_____

Diversity case.  (Attach additional pages if needed.)

Party name and Party Role:                          State:

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

   **A supplemental disclosure statement will be filed upon any change in the information provided herein.**

           Dated this _____ day of _____, _____.

                              _____
                              Counsel of Record

Certificate of Service: