Brendan A. Melander, SBN 034777
Brandon Stein, SBN 038536
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 480-824-7890
Brendan.Melander@huschblackwell.com
Brandon.Stein@huschblackwell.com

Matthew D. Knepper (pro hac vice)
Theresa M. Mullineaux (pro hac vice)
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
Matthew.Knepper@huschblackwell.com
Theresa.Mullineaux@huschblackwell.com

*Attorneys for Defendants IASIS Healthcare Holdings, Inc.; St. Lukes Medical Center, L.P.; Mountain Vista Medical Center, L.P.; Ralph de la Torre; Michael Callum; and Christopher Dunleavy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Favorite Healthcare Staffing, LLC, a Kansas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IASIS Healthcare Holdings, Inc., St. Lukes Medical Center, L.P., and Mountain Vista Medical Center, L.P.,<br><br>Corporate Defendants,<br>and<br><br>Ralph de la Torre; Michael Callum; and Christopher Dunleavy;<br><br>Individual Defendants. | Case No. 2:23-cv-01810-DJH<br><br>**DEFENDANTS' INITIAL RULE 26(a)(1)(A) DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

This Disclosure Statement is filed on behalf of Defendant IASIS Healthcare Holdings, Inc. (hereinafter "Defendant"), by and through the undersigned counsel, in compliance with the provisions of:

\_\_\_\_X\_\_\_\_	Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____	Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____	Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_____		No such corporation.

_____		Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

_____		Publicly held corporation, not a party to the case, with a financial interest in the outcome.  List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)

\_\_\_\_X\_\_\_\_		Other (please explain): IASIS Healthcare Holdings, Inc. is the 1% owner of St. Luke's Medical Center, LP. IASIS Healthcare Holdings, Inc. is the 1.1% owner of Mountain Vista Medical Center, LP. IASIS

2

Healthcare Holdings, Inc. is a wholly owned subsidiary of IASIS Healthcare LLC. The sole member of IASIS Healthcare LLC is IASIS Healthcare Corporation. IASIS Healthcare Corporation is a wholly owned subsidiary of Steward Health Care System, LLC. No public corporation owns more than 10% of its stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: December 12, 2023               HUSCH BLACKWELL LLP

By:     /s/ Theresa M. Mullineaux
Brendan A. Melander
Brandon S. Stein
Matthew D. Knepper (pro hac vice)
Theresa M. Mullineaux (pro hac vice)
*Attorneys for Defendants IASIS Healthcare Holdings, Inc.; St. Lukes Medical Center, L.P.; Mountain Vista Medical Center, L.P.; Ralph de la Torre; Michael Callum; and Christopher Dunleavy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2023, I electronically filed this document with the Clerk of the Court using the ECF system.

The ECF system will send notification of such filing to:

David J. Noonan
noonan@law-djn.com
Law Offices of David J. Noonan
32 Tanglewood Road
Amherst, Massachusetts 01002
(Pro Hac Vice pending)

Gary N. Lento
lento@radixlaw.com
Radix Law
15205 N. Kierland Boulevard, Suite 200
Scottsdale, AZ 85254

*Attorneys for Plaintiff Favorite Healthcare Staffing, LLC*

/s/ *Lynette Miller*
_____
Lynette Miller

4