Brendan A. Melander, SBN 34777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016-4288
Telephone:   (480) 824-7938
Facsimile:   (480) 824-7905
Brendan.Melander@huschblackwell.com

Matthew D. Knepper (pro hac vice)
Theresa M. Mullineaux (pro hac vice)
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone:   (314) 480-1500
Facsimile:   (314) 480-1505
Matthew.Knepper@huschblackwell.com
Theresa.Mullineaux@huschblackwell.com

*Attorneys for Defendants IASIS Healthcare Holdings, Inc.; St. Lukes Medical Center, L.P.; Mountain Vista Medical Center, L.P.; Ralph de la Torre; Michael Callum; and Christopher Dunleavy*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Favorite Healthcare Staffing, LLC, a Kansas limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IASIS Healthcare Holdings, Inc., a Delaware corporation; Ralph de la Torre, an individual; Michael Callum, an individual; and Christopher Dunleavy, an individual,<br><br>　　　　Defendants. | Case No. 2:23-cv-01810-DJH<br><br>**JOINT REPORT OF SETTLEMENT TALKS**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

HB: 4861-0700-7910.1

Pursuant to the Court's Scheduling Order (Doc. 22), the parties report, through their counsel, that they have engaged in settlement discussions without resolution at this time, however, those discussions remain ongoing. Counsel for the parties have engaged and will continue to engage in good faith settlement discussions. If there is further development in the prospect of settlement, counsel will promptly notify the Court.

Dated:  February 19, 2024

/s/ Theresa M. Mullineaux
Brendan A. Melander SBN 34777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016-4288
Telephone:  (480) 824-7938
Facsimile:   (480) 824-7905
Brendan.Melander@huschblackwell.com

Matthew D. Knepper (pro hac vice)
Theresa M. Mullineaux (pro hac vice)
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Telephone:  (314) 480-1500
Facsimile:   (314) 480-1505
Matthew.Knepper@huschblackwell.com
Theresa.Mullineaux@huschblackwell.com
*Attorneys for Defendants IASIS Healthcare Holdings, Inc.; St. Lukes Medical Center, L.P.; Mountain Vista Medical Center, L.P.;Ralph de la Torre; Michael Callum; and Christopher Dunleavy*

/s/ David J. Noonan (*with consent*)
David J. Noonan, (pro hac vice)
Mass BBO # 373260
32 Tanglewood Road
Amherst, MA  01002
(413) 549-5491
noonan@law-djn.com

/s/ Gary N. Lento (*with consent*)
Gary N. Lento, AZ Bar # 028749
Radix Law
15205 N. Kierland Blvd, Suite 200
Scottsdale, AZ 85254
Telephone:  (602)606-9300
lento@radixlaw.com
*Attorneys for Plaintiff Favorite Healthcare Staffing, LLC*

2

HB: 4861-0700-7910.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record via the Court's electronic filing system on this 19th day of February, 2024.

/s/ Lynette A. Miller
Lynette A. Miller

3

HB: 4861-0700-7910.1