# EXHIBIT "A"

# David Noonan

| | |
|---|---|
| **To:** | MATT KNEPPER ESQ. (Matt.Knepper@huschblackwell.com); MATT KNEPPER ESQ. (brendan.melander@huschblackwell.com); MATT KNEPPER ESQ. (theresa.mullineaux@huschblackwell.com) |
| **Cc:** | lento@radixlaw.com |
| **Subject:** | Settlement Demand Favorite Healthcare Staffing V. IASIS et al |
| **Contacts:** | MATT KNEPPER ESQ. |

February 16, 2024

Matt

This email is an attempt to settle the above referenced dispute and controversy and as a result is privileged and inadmissible for any purpose, including impeachment, is made with a full reservation of all rights and without waiver or admission of any fact, matter, claim or contention and is forwarded to you pursuant to Rule 408 of the Federal Rules of Evidence and any applicable state statute, rule or common-law provision as applied and construed by applicable Kansas and/or Arizona case law.

My client will accept a lump sum payment of $186,421, which is 50% of the amount prayed for. Payment needs to be made within 30 days. Upon receipt of payment I will dismiss the action with prejudice and the parties will execute and exchange mutual releases amongst and between all the parties. Said releases will contain both non-disparagement and nondisclosure provisions.

Due to your corporate clients financial issues if your clients are unable to accept this settlement offer then my client will locate two additional creditors and file complaints as against the corporate entities to initiate involuntary bankruptcy proceedings. We will continue to prosecute the claims as against the individuals. My client is not interested in receiving installment payments over time.

Favorite Healthcare Staffing, LLC reserves any and all applicable rights.

Regards,



**David J. Noonan Esq.**
Law Office of David J. Noonan

(413) 549-5491 Work
(413) 478-8441 Mobile
noonan@law-djn.com

32 Tanglewood Road
Amherst, MA 01002

**Signature, Tax Disclosure and Confidentiality Notice:**

Nothing in this communication is intended to constitute an electronic signature, unless a specific statement to the contrary or a valid VeriSign Digital Signature Certificate is included in this communication.