# EXHIBIT "B"

Signature, Tax Disclosure and Confidentiality Notice:

Nothing in this communication is intended to constitute an electronic signature, unless a specific statement to the contrary or a valid VeriSign Digital Signature Certificate is included in this communication.

Nothing contained in this email was intended or written to be used, or can be used by any taxpayer for the purpose of avoiding penalties that may be imposed on such taxpayer under the Internal Revenue Code of 1986, as amended. No one, without my express prior written permission, may use any part of this email relating to any Federal Tax matter in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to one or more taxpayers.

This message is covered by the Electronic Communications Privacy Act, Title 18, United States Code, § 2510-2521. This email message and any attached files are the exclusive property of the Law Office of David J. Noonan and are deemed privileged and confidential and are intended only for the person or entity to which it is addressed. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please immediately advise the sender of same.

**From:** Mullineaux, Theresa <Theresa.Mullineaux@huschblackwell.com>
**Sent:** Wednesday, February 21, 2024 11:35 AM
**To:** David Noonan <noonan@law-djn.com>; Knepper, Matt <Matt.Knepper@huschblackwell.com>; Melander, Brendan <Brendan.Melander@huschblackwell.com>
**Cc:** lento@radixlaw.com
**Subject:** RE: Settlement Demand Favorite Healthcare Staffing V. IASIS et al

David,

Thank you for your time on Friday. This email is privileged and inadmissible for any purpose, including impeachment, is made with a full reservation of all rights and without waiver or admission of any fact, matter, claim or contention and is forwarded to you pursuant to Rule 408 of the Federal Rules of Evidence and any applicable state statute, rule or common-law provision as applied and construed by applicable case law.

Our client is willing to accept all of the terms you propose below with the exception of the 30 day time frame. Our client is willing to pay the $186,421 within 45 days. Please let us know if this is acceptable to your client.

Considering our settlement negotiations, we also propose waiting to serve our discovery objections and responses until we hear back from you regarding your client's stance on our counteroffer. Please advise if you are agreeable to this.

Thank you,

Theresa

**Theresa Mullineaux**
Senior Associate
Direct: 314-480-1742
Theresa.Mullineaux@huschblackwell.com

**From:** David Noonan <noonan@law-djn.com>
**Sent:** Friday, February 16, 2024 2:11 PM
**To:** Knepper, Matt <Matt.Knepper@huschblackwell.com>; Melander, Brendan <Brendan.Melander@huschblackwell.com>; Mullineaux, Theresa <Theresa.Mullineaux@huschblackwell.com>
**Cc:** lento@radixlaw.com
**Subject:** Settlement Demand Favorite Healthcare Staffing V. IASIS et al

[EXTERNAL EMAIL]

February 16, 2024