# EXHIBIT "C"

David Noonan

**From:** Knepper, Matt <Matt.Knepper@huschblackwell.com>
**Sent:** Wednesday, February 28, 2024 5:47 PM
**To:** David Noonan; Melander, Brendan; Mullineaux, Theresa
**Cc:** lento@radixlaw.com
**Subject:** RE: Favorite Healthcare Staffing v. IASIS et al.

David, I can confirm the settlement terms below, to be set forth in standard and reasonable language in a settlement agreement.

Matt Knepper
Partner
Direct: 314-480-1848
Matt.Knepper@huschblackwell.com

**From:** David Noonan <noonan@law-djn.com>
**Sent:** Wednesday, February 21, 2024 3:04 PM
**To:** Knepper, Matt <Matt.Knepper@huschblackwell.com>; Melander, Brendan <Brendan.Melander@huschblackwell.com>; Mullineaux, Theresa <Theresa.Mullineaux@huschblackwell.com>
**Cc:** lento@radixlaw.com
**Subject:** Favorite Healthcare Staffing v. IASIS et al.

[EXTERNAL EMAIL]

February 21, 2024

Matt & Theresa

This email is an attempt to settle the above referenced dispute and controversy and as a result is privileged and inadmissible for any purpose, including impeachment, is made with a full reservation of all rights and without waiver or admission of any fact, matter, claim, or contention and is forwarded to you pursuant to Rule 408 of the F. Rules of Evidence and any applicable Federal or state statute, rule or common-law provision as applied and construed by applicable Arizona and/or Kansas case law.

My client is willing to accept your client's settlement offer of paying $186,425 within 45 days, in full and complete settlement of the parties dispute, with the caveat that the Defendants must enter into a consent judgment in the full amount prayed for and I will "pocket" and not file the consent judgment or take any other legal action any time within the 45 day period if the settlement payment is timely made. Please confirm your acceptance of these terms. If acceptable I will prepare the consent judgment tomorrow morning.

Please confirm your receipt of this email.

Regards,

1