David J. Noonan, *Pro Hac Vice* (*MA Bar No. 373260)
**LAW OFFICE OF DAVID J. NOONAN**
32 Tanglewood Road
Amherst, Massachusetts, 01002
(413) 549-5491
noonan@law-djn.com

Gary N. Lento (028749)
**RADIX LAW**
15205 N. Kierland Blvd., Suite 200
Scottsdale, Arizona 85254
(602) 606-9300
lento@radixlaw.com

*Attorneys for Plaintiff FAVORITE HEALTHCARE STAFFING, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Favorite Healthcare Staffing, LLC, a Kansas limited liability company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>IASIS Healthcare Holdings, Inc., St. Lukes Medical Center, L.P., and Mountain Vista Medical Center, L.P.,<br><br>　　　　　Corporate Defendants,<br><br>and<br><br>Ralph de la Torre; Michael Callum; and Christopher Dunleavy;<br><br>　　　　　Individual Defendants. | Case No.: 2:23-cv-01810-DJH<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF THE FILING OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>(Assigned to the Honorable Diane J. Humetewa)<br><br><br>(*ORAL ARGUMENT REQUESTED*) |

/ / /

Plaintiff, Favorite Healthcare Staffing, LLC, d/b/a Favorite Healthcare ("Plaintiff" and/or "Favorite Healthcare"), hereby moves this Court to remove the recent filing of Plaintiff's Notice of Motion to Enforce Settlement Agreement from consideration as it was filed inadvertently.

DATED:   April 2, 2024

**LAW OFFICE OF DAVID J. NOONAN**

/s/ David J. Noonan
David J. Noonan, Esq. (Pro Hac Vice)
32 Tanglewood Road
Amherst, Massachusetts, 01002
noonan@law-djn.com

**RADIX LAW**
Gary N. Lento, Esq.
15205 N. Kierland Blvd., Suite 200
Scottsdale, Arizona 85254
(602) 606-9300
lento@radixlaw.com

*Attorneys for Plaintiff FAVORITE HEALTHCARE STAFFING, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, the foregoing document and any attachments were emailed to the participants as listed below.

Brendan A. Melander
Brandon Stein
**HUSCH BLACKWELL LLP**
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Brendan.Melander@huschblackwell.com

Brandon.Stein@huschblackwell.com

Matthew D. Knepper *(Pro Hac Vice)*
Theresa M. Mullineaux *(Pro Hac Vice)*
**HUSCH BLACKWELL LLP**
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Matthew.Knepper@huschblackwell.com
Theresa.Mullineaux@huschblackwell.com
*Attorneys for Defendants*

By: */s/ Gary N. Lento*
Gary N. Lento