1  David J. Noonan, *Pro Hac Vice* (\*MA Bar No. 373260)
2  **LAW OFFICE OF DAVID J. NOONAN**
   32 Tanglewood Road
3  Amherst, Massachusetts, 01002
   (413) 549-5491
4  noonan@law-djn.com

5
   Gary N. Lento (028749)
6  **RADIX LAW**
   15205 N. Kierland Blvd., Suite 200
7  Scottsdale, Arizona 85254
   (602) 606-9300
8  lento@radixlaw.com

9
10 *Attorneys for Plaintiff FAVORITE HEALTHCARE STAFFING, LLC*

11
                  **UNITED STATES DISTRICT COURT**
12
                       **DISTRICT OF ARIZONA**
13

14 | Favorite Healthcare Staffing, LLC, a Kansas limited liability company, | Case No.: 2:23-cv-01810-DJH |
15 | |
   | Plaintiff, |
16 | |
17 | vs. | **PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S** |
18 | IASIS Healthcare Holdings, Inc., St. Lukes Medical Center, L.P., and Mountain Vista | **MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
19 | Medical Center, L.P., | **WITHOUT PREJUDICE** |
20 | Corporate Defendants, | |
   | | (Assigned to the Honorable |
21 | and | Diane J. Humetewa) |
22 | |
   | Ralph de la Torre; Michael Callum; and |
23 | Christopher Dunleavy; |
24 | Individual Defendants. |
25

26 / / /

27

28 PLAINTIFF'S MOTION TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT
                                    1

1588808.1

Plaintiff, Favorite Healthcare Staffing, LLC, d/b/a Favorite Healthcare ("Plaintiff" and/or "Favorite Healthcare"), hereby requests this Court to withdraw Plaintiff's *Motion and Memorandum of Points and Authorities to Enforce Settlement Agreement*, and its *Exhibits* A through E (Docs. 44 through 44-5) without prejudice. The parties have resolved their disputes.

DATED:        April 26, 2024

**LAW OFFICE OF DAVID J. NOONAN**


/s/ David J. Noonan
David J. Noonan, Esq. (Pro Hac Vice)
32 Tanglewood Road
Amherst, Massachusetts, 01002
noonan@law-djn.com


**RADIX LAW**
Gary N. Lento, Esq.
15205 N. Kierland Blvd., Suite 200
Scottsdale, Arizona 85254
(602) 606-9300
lento@radixlaw.com

*Attorneys for Plaintiff FAVORITE HEALTHCARE STAFFING, LLC*

PLAINTIFF'S MOTION TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT

1588808.1

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on April 26, 2024, the foregoing document and any attachments

3   were emailed to the participants as listed below.

4

5                                    Brendan A. Melander
                                      Brandon Stein
6                               **HUSCH BLACKWELL LLP**
                               2415 E. Camelback Road, Suite 500
7                                    Phoenix, AZ 85016
                             Brendan.Melander@huschblackwell.com
8                             Brandon.Stein@huschblackwell.com

9
                              Matthew D. Knepper *(Pro Hac Vice)*
10                           Theresa M. Mullineaux *(Pro Hac Vice)*
                                **HUSCH BLACKWELL LLP**
11                              8001 Forsyth Blvd., Suite 1500
                                    St. Louis, MO 63105
12                           Matthew.Knepper@huschblackwell.com
                            Theresa.Mullineaux@huschblackwell.com
13                                *Attorneys for Defendants*

14

15   By: */s/ Gary N. Lento*
     Gary N. Lento
16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S MOTION TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT

3