Brendan A. Melander, SBN 034777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 480-824-7890
Brendan.Melander@huschblackwell.com
Brandon.Stein@huschblackwell.com
*Attorney for Defendants IASIS Healthcare Holdings, Inc.; Ralph de la Torre; Michael Callum; and Christopher Dunleavy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Favorite Healthcare Staffing, LLC, a Kansas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>IASIS Healthcare Holdings, Inc., a Delaware corporation; Ralph de la Torre, an individual; Michael Callum, an individual; and Christopher Dunleavy, an individual,<br><br>Defendants. | Case No. 2:23-cv-01810-DJH<br><br>**SUGGESTION OF BANKRUPTCY**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

**PLEASE TAKE NOTICE** that, commencing May 6, 2024, Defendant IASIS Healthcare Holdings, Inc. in the above captioned case (along with its debtor affiliates, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered under the lead case captioned Steward Health Care System LLC, et al., Case No. 24-90213 (CML). A complete list of the Debtors in the chapter 11 cases and copies of the Debtors' chapter 11 petitions are available on the website of the

1   Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward.

2   **PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the
3   Bankruptcy Code (the "Automatic Stay"), the filing of the chapter 11 bankruptcy petitions
4   "operates as a stay, applicable to all entities," of, among other things, "the commencement
5   or continuation, including the issuance or employment of process, of a judicial,
6   administrative, or other action or proceeding against the debtor that was or could have been
7   commenced before the commencement of the case under [the Bankruptcy Code], or to
8   recover a claim against the debtor that arose before the commencement of the [bankruptcy]
9   case" and "any act to obtain possession of property of the estate or of property from the
10  estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

11  **PLEASE TAKE FURTHER NOTICE** that any action against the Debtors without
12  obtaining relief from the Automatic Stay from the Bankruptcy Court is void *ab initio* and
13  may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve
14  and retain their statutory rights to seek relief in the Bankruptcy Court from any action by
15  Plaintiffs or any judgment, order, or ruling entered in violation of the Automatic Stay.

16  In the event the Court or any parties have questions regarding the Debtors' Chapter
17  11 cases or this notice, please contact bankruptcy counsel for the Debtors:

| WEIL, GOTSHAL & MANGES LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| Gabriel A. Morgan | Ray C. Schrock |
| Clifford W. Carlson | Candace M. Arthur |
| Stephanie N. Morrison | David J. Cohen |
| 700 Louisiana Street, Suite 3700 | 767 Fifth Avenue |
| Houston, Texas 77002 | New York, New York 10153 |
| Telephone: (713) 546-5000 | Telephone: (212) 310-8000 |
| Facsimile: (713) 224-9511 | Facsimile: (212) 310-8007 |
| Email: Gabriel.Morgan@weil.com | Email: Ray.Schrock@weil.com |
| Clifford.Carlson@weil.com | Candace.Arthur@weil.com |
| Stephanie.Morrison@weil.com | DavidJ.Cohen@weil.com |

26  WHEREFORE, Defendant IASIS Healthcare Holdings, Inc. respectfully suggests
27  that this action has been stayed by operation of the Automatic Stay under 11 U.S.C. § 362(a).
28  ///

HB: 4880-2408-8765.1

Dated: May 10, 2024                          HUSCH BLACKWELL LLP


                                             By:    /s/ Brendan A. Melander
                                                    Brendan A. Melander
                                                    *Attorney for Defendants IASIS Healthcare Holdings, Inc.; Ralph de la Torre; Michael Callum; and Christopher Dunleavy*

HB: 4880-2408-8765.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2024, I electronically filed this document with the Clerk of the Court using the ECF system.

The ECF system will send notification of such filing to:

David J. Noonan
noonan@law-djn.com
Law Offices of David J. Noonan
32 Tanglewood Road
Amherst, Massachusetts 01002
(Pro Hac Vice pending)

Ben J. Himmelstein
himmelstein@radixlaw.com
Gary N. Lento
lento@radixlaw.com
Radix Law
15205 N. Kierland Boulevard, Suite 200
Scottsdale, AZ 85254

*Attorneys for Plaintiff Favorite Healthcare Staffing, LLC*

/s/ *Lisa Mocek*

Lisa Mocek

HB: 4880-2408-8765.1